[Cite as *Firestone Complete Auto Care v. Ohio Dept. of Pub. Safety*, 2009-Ohio-7190.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

FIRESTONE COMPLETE AUTO CARE, et al.

Plaintiffs

v.

OHIO DEPARTMENT OF PUBLIC SAFETY

Defendant

Case No. 2009-05650-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On June 19, 2009, this court issued an entry ordering plaintiffs to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint with this court. Plaintiffs were also ordered to submit the $25 filing fee or a poverty statement or face dismissal of this case. Plaintiff's have failed to comply with the court orders. Therefore, plaintiffs' claim is dismissed, without prejudice, pursuant to Civ.R. 41. The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Firestone Complete Auto Care
Rose Pusecker

1796 Morse Road
Columbus, Ohio  43229

DRB/laa
Filed 12/23/09
Sent to S.C. reporter 4/16/10